[No. 47652-1-I.   Division One.   April 1, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD DALE
SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 00-1-03382-2, William L. Downing, J., entered
November 1, 2000. *Affirmed* by unpublished per curiam
opinion.

[No. 47664-5-I.   Division One.   April 1, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. CARL SCOTT
CHANEY, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No, 99-1-00798-7, Deborah D. Fleck, J., entered
November 13, 2000. *Reversed* by unpublished opinion per
Coleman, J., concurred in by Becker, C.J., and Grosse, J.

[No. 47976-8-I.   Division One.   April 1, 2002.]

WELLINGTON RIVER HOLLOW, L.L.C., *Appellant*, v. KING
COUNTY, ET AL., *Respondents*.
NORTHSHORE SCHOOL DISTRICT No. 417, *Respondent*, v.
WELLINGTON RIVER HOLLOW, L.L.C., *Appellant*, KING COUNTY,
*Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 00-2-06437-3, Donald D. Haley, J., entered
January 4, 2001. *Affirmed* by unpublished opinion per
Appelwick, J., concurred in by Becker, C.J.; Grosse, J.,
concurs separately.